BEFORE THE FIRST DIVISION, MAY 16, 1962

No. 66761.—Devon Trading Company v. United States, protests 60/20473, 60/27486, and 60/29073 (New York).

Opinion by OLIVER, C.J.  In accordance with oral stipulation of counsel that the merchandise consists of rosary bracelets, the claim of the plaintiff was sustained. *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), followed.

BEFORE THE SECOND DIVISION, MAY 16, 1962

No. 66762.—Engis Equipment Co. and J. E. Bernard & Co., Inc. v. United States, protest 60/8038 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus similar in all material respects to that the subject of Abstract 64440, the claim of the plaintiffs was sustained.

No. 66763.—Ascot, Ltd., et al. v. United States, protests 325701–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of map measure compasses similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.